UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SKYE ROBERTSON** | **CASE NO. 6:22-CV-01442** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BUZRUKHUJA TOSHHUJAEV ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO REMAND filed by Plaintiff [Doc. 8]. This motion was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 15] is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION TO REMAND [Doc. 8] is GRANTED and Plaintiff's suit is hereby REMANDED to the Fifteenth Judicial District Court for the Parish of Lafayette, Louisiana.

THUS, DONE AND SIGNED in chambers this 14th day of February 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE